B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re: Vincent Dattolo, Debtor

Case No. 10-10932-JKC

Chapter 7

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 510,000.00 | | |
| B - Personal Property | Yes | 3 | 11,250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 492,683.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 22,682.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 34,123.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,089.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,116.00 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 521,250.00 | | |
| Total Liabilities | | | | 549,488.99 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re: Vincent Dattolo, Debtor

Case No. 10-10932-JKC

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 22,682.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 22,682.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,089.00 |
| Average Expenses (from Schedule J, Line 18) | 4,116.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 22,682.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 34,123.41 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 34,123.41 |

B6A (Official Form 6A) (12/07)

In re Vincent Dattolo , Case No. 10-10932-JKC
Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 609 Hampshire Court<br>Carmel, IN  46032<br>4 bedrooms<br>3 full bath, 2 half baths<br>Value based upon most recent CMA. | Tenancy by the Entireties | J | 510,000.00 | 492,683.58 |
| | | Sub-Total > | 510,000.00 | (Total of this page) |
| | | Total > | 510,000.00 | |
| | | | (Report also on Summary of Schedules) | |

_0_ continuation sheets attached to the Schedule of Real Property

B6C (Official Form 6C) (4/10)

In re  Vincent Dattolo
          _____,
                        Debtor

Case No. __10-10932-JKC__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>609 Hampshire Court<br>Carmel, IN  46032<br>4 bedrooms<br>3 full bath, 2 half baths<br>Value based upon most recent CMA. | Ind. Code § 34-55-10-2(c)(1)<br>Ind. Code § 34-55-10-2(c)(5) | 17,316.42<br>0.00 | 510,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Fifth Third Bank<br>Checking Account # xxxxx113<br>Joint Account with Spouse | Ind. Code § 34-55-10-2(c)(3) | 250.00 | 250.00 |
| **Household Goods and Furnishings**<br>Household Goods & Furniture | Ind. Code § 34-55-10-2(c)(2) | 2,500.00 | 5,000.00 |
| **Wearing Apparel**<br>Personal Clothing | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund**<br>Anticipated 2010 Tax Refund | Ind. Code § 34-55-10-2(c)(3) | 100.00 | 4,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2000 Chevy Suburban<br>112,000 miles | Ind. Code § 34-55-10-2(c)(2) | 6,000.00 | 6,000.00 |
| | Total: | 26,666.42 | 525,750.00 |

_0_  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  Vincent Dattolo  
_____,  
Debtor

Case No.  10-10932-JKC

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | X | J | 6/2006<br>First Mortgage<br>609 Hampshire Court<br>Carmel, IN 46032<br>4 bedrooms<br>3 full bath, 2 half baths<br>Value based upon most recent CMA.<br>Value $ 510,000.00 | | | | 252,000.00 | 0.00 |
| Account No.<br>Current Publishing, LLC<br>1 South Rangle Line Road, Suite 220<br>Carmel, IN 46032 | | - | 6/2/2010<br>Judgment Lien<br>609 Hampshire Court<br>Carmel, IN 46032<br>4 bedrooms<br>3 full bath, 2 half baths<br>Value based upon most recent CMA.<br>Value $ 510,000.00 | | | | 1,673.58 | 0.00 |
| Account No.<br>Kristopher N. Kazmierczak<br>334 North Senate Avenue<br>Indianapolis, IN 46204 | | | Additional Notice:<br>Current Publishing, LLC<br><br>Value $ | | | | Notice Only | |
| Account No. Dottolo<br>Providence Commercial Partners, LLC<br>c/o Michael J. Lewinski<br>One American Square, Suite 2900<br>Indianapolis, IN 46282 | X | - | 8/26/2009<br>Judgment Lien<br>609 Hampshire Court<br>Carmel, IN 46032<br>4 bedrooms<br>3 full bath, 2 half baths<br>Value based upon most recent CMA.<br>Value $ 510,000.00 | | | | 227,123.00 | 0.00 |
| 1 continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 480,796.58 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re Vincent Dattolo , Case No. 10-10932-JKC
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>David R. Krebs<br>101 West Ohio Street<br>Suite 2100<br>Indianapolis, IN 46204 | | | Additional Notice:<br>Providence Commercial Partners, LLC<br><br>Value $ | | | | Notice Only | |
| Account No.<br>Ice Miller LLP<br>One American Square, Suite 2900<br>Indianapolis, IN 46282-0200 | | | Additional Notice:<br>Providence Commercial Partners, LLC<br><br>Value $ | | | | Notice Only | |
| Account No. Dattolo<br>U.S. Food Service, Inc.<br>c/o Bleecker Brodey & Andrews<br>9247 N. Meridian Street, Suite 200<br>Indianapolis, IN 46260 | X | - | 10/23/2009<br>Judgment Lien<br>609 Hampshire Court<br>Carmel, IN 46032<br>4 bedrooms<br>3 full bath, 2 half baths<br>Value based upon most recent CMA.<br>Value $ 510,000.00 | | | | 11,887.00 | 0.00 |
| Account No.<br>Bleecker Brodey & Andrews<br>9247 N. Meridian Street, Suite 200<br>Indianapolis, IN 46260 | | | Additional Notice:<br>U.S. Food Service, Inc.<br><br>Value $ | | | | Notice Only | |
| Account No. | | | Value $ | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 11,887.00 | 0.00

Total (Report on Summary of Schedules): 492,683.58 | 0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   Vincent Dattolo                                              Case No.   10-10932-JKC
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Dattolo<br><br>A1 Elect-Ricks, Inc.<br>1607 South Rogers Street, Suite 2<br>P.O. Box 6462<br>Bloomington, IN 47407 | | - | 2007<br>business debt for Dattolo's Inc. | | | | 6,100.00 |
| Account No.<br><br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | H | 2007<br>revolving credit<br>business debt for Dattolo's Inc. | | | | 3,300.00 |
| Account No.<br><br>American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | | Additional Notice:<br>American Express | | | | Notice Only |
| Account No.<br><br>American Express Gold<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | | | Additional Notice:<br>American Express | | | | Notice Only |

  5   continuation sheets attached

Subtotal (Total of this page)   9,400.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       S/N:36741-100831   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Vincent Dattolo                                              Case No.  10-10932-JKC
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-8921<br><br>Bank of America<br>PO Box 53132<br>Phoenix, AZ 85072 | | - | 2008<br>revolving credit<br>business debt | | | | 5,512.00 |
| Account No.<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | Additional Notice:<br>Bank of America | | | | Notice Only |
| Account No. Dattolo Ristorante<br><br>Carmel Glass and Mirror<br>500 East 106th Street<br>Indianapolis, IN 46280 | X | - | 12/11/2007<br>lawsuit filed in Hamilton Superior Court #4, Cause No. 29D04-0711-SC-02125<br>business debt for Dattolo's Inc. | | | | 3,875.10 |
| Account No. xxxxx6204<br><br>Chase Bank, NA<br>200 East Carmel Drive<br>Carmel, IN 46032 | | - | 2/15/2009<br>overdrawn bank account | | | | 350.00 |
| Account No.<br><br>Dell Financial Services<br>c/o DFS Customer Care Dept.<br>P.O. Box 81577<br>Austin, TX 78708-1577 | | - | 2007<br>revolving credit<br>business debt for Dattolo's Inc. | | | | 2,000.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     11,737.10

B6F (Official Form 6F) (12/07) - Cont.

In re  Vincent Dattolo  
                Debtor

Case No. 10-10932-JKC

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dell Financial Services<br>Billing Inquiry Dept.<br>P.O. Box 81585<br>Austin, TX 78708-1585 | | | Additional Notice:<br>Dell Financial Services | | | | Notice Only |
| Account No.<br><br>Dell Financial Services<br>P.O. Box 6403<br>Carol Stream, IL 60197-6403 | | | Additional Notice:<br>Dell Financial Services | | | | Notice Only |
| Account No. xxx147-9<br><br>Hamilton County Treasurer<br>Courthouse<br>33 N. 9th Street<br>Noblesville, IN 46060 | | - | 2009<br>taxes for Dattolo's Pizza, Inc.<br>business debt | | | | 340.93 |
| Account No.<br><br>American Financial Credit Services, Inc.<br>10333 N. Meridian Street, Suite 270<br>Indianapolis, IN 46290 | | | Additional Notice:<br>Hamilton County Treasurer | | | | Notice Only |
| Account No. xx1093<br><br>Indiana Dept. of Workforce Development<br>PO BOX 6285<br>Indianapolis, IN 46206-6285 | X | - | 2008<br>potential liability from Dattolos Pizza Inc.<br>business debt | | | | Unknown |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 340.93

B6F (Official Form 6F) (12/07) - Cont.

In re  Vincent Dattolo  ,   Case No.  10-10932-JKC
　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Vincent Dattolo<br><br>Mark V. Bromund<br>4436 Blue Creek Drive<br>Carmel, IN 46033 | - | | 1/21/2009<br>collection; lawsuit filed in Hamilton Superior Court #5, Cause No. 29D05-0812-SC-02748<br>business debt for Dattolo's Inc. | | | | 1,756.00 |
| Account No.<br><br>PNC Bank, NA<br>1 National City Parkway<br>K-AI6-2J<br>Kalamazoo, MI 49009 | - | | 2008<br>revolving credit<br>business debt | | | | 425.00 |
| Account No.<br><br>NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | | Additional Notice:<br>PNC Bank, NA | | | | Notice Only |
| Account No.<br><br>NCO Financial Systems, Inc<br>PO BOX 41448<br>Philadelphia, PA 19101 | | | Additional Notice:<br>PNC Bank, NA | | | | Notice Only |
| Account No. Dattolo<br><br>Richards Boje Pickering Benner & Becker<br>1312 Maple Avenue<br>P.O. Box 2169<br>Noblesville, IN 46061 | - | | 2008<br>attorneys fees regarding Providence Commercial Partners v. Dattolo's Pizza, Inc., et al, Cause No. 29D01-0802-PL-00225<br>business debt for Dattolo's Inc. | | | | 2,152.50 |

Sheet no. 3 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　4,333.50

B6F (Official Form 6F) (12/07) - Cont.

In re  Vincent Dattolo  
           Debtor

Case No.  10-10932-JKC

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rider Kenley & Associates<br>9755 Randall Drive, Suite 100<br>Indianapolis, IN 46280 | | - | 5/2010<br>attorney fees<br>business debt | | | | 454.00 |
| Account No.<br><br>Springmill Streams HOA<br>12927 Brighton Avenue<br>Carmel, IN 46032 | | - | 2008<br>HOA Dues | | | | 1,803.00 |
| Account No. x-xxxx9979<br><br>St. Vincent Health<br>10330 North Meridian Street<br>Suite 201<br>Indianapolis, IN 46290 | | - | 4/2010<br>medical bill | | | | 100.00 |
| Account No.<br><br>St. Vincent Hospital<br>9600 Reliable Parkway<br>Chicago, IL 60686-0096 | | | Additional Notice:<br>St. Vincent Health | | | | Notice Only |
| Account No.<br><br>St. Vincent Hospital<br>2001 W. 86th Street<br>Indianapolis, IN 46260 | | | Additional Notice:<br>St. Vincent Health | | | | Notice Only |

Sheet no. 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  2,357.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Vincent Dattolo , Case No. 10-10932-JKC
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>St. Vincent Health Physician Services<br>9678 Reliable Parkway<br>Chicago, IL 60686 | | - | 2009<br>medical bill | | | | 100.00 |
| Account No. 25543018-3-3279516<br><br>Med-1 Solutions<br>6239 S. E Street, Suite F<br>Indianapolis, IN 46227 | | | Additional Notice:<br>St. Vincent Health Physician Services | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-4188<br><br>Washington Mutual<br>P.O. Box 660509<br>Dallas, TX 75266 | X | H | 2007<br>revolving credit | | | | 3,249.88 |
| Account No.<br><br>Yellow Book USA<br>P.O. Box 6448<br>Carol Stream, IL 60197 | X | - | 2007<br>advertising | | | | 2,605.00 |
| Account No.<br><br>Ross Gelfand, LLC<br>1265 Minhinette Drive<br>Suite 150<br>Roswell, GA | | | Additional Notice:<br>Yellow Book USA | | | | Notice Only |

Sheet no. 5 of 5 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    5,954.88

Total (Report on Summary of Schedules)    34,123.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   Vincent Dattolo

Debtor(s)

Case No.   10-10932-JKC
Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   9/14/10

Signature   /s/ Vincent Dattolo
Vincent Dattolo
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| VINCENT DATTOLO, ) | CASE NO. 10-10932 |
| Debtor. ) | |

### STATEMENT IN LIEU OF CERTIFICATE OF SERVICE

The Debtor, Vincent Dattolo, by counsel, hereby provides notice to the Court that Current Publishing, Kristopher Kazmierczak, Providence Commercial Partners, LLC, David R. Krebs, Ice Miller LLP, U.S. Food Service, Inc. and Bleecker Brodey & Andrews have all received notice of the bankruptcy proceeding for these debtors and that the amendments being filed contemporaneously with this Statement in Lieu involved moving creditors from Schedule F to Schedule D but no new creditors were added to this bankruptcy petition for the Debtors.

Respectfully submitted,

/s/ JONATHAN M. BROWN

Jonathan M. Brown #20560-29